HENRY S. SCHENDEL, Appellant, v. HENRY E. COOPER and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE NATIONAL CASH REGISTER COMPANY, Appellant, v. FRANCIS M. FINNAN, Respondent, Impleaded with Another, Defendant.— Determination unanimously affirmed, with costs and disbursements to the respondent, upon the ground that the trial court was justified in finding that the plaintiff's failure to execute the order of December 6, 1935, until March 17, 1936, constituted a breach of the contract by the plaintiff. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

LILLIAN L. RIEGGER, Individually and as Executrix, etc., of ARNOLD F. RIEGGER, Deceased, Appellant, v. CONSTANTIN RIEGGER and MARY J. MURRAY, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CLAIRE SMITH, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SAMUEL WEXLER, Appellant, v. NATIONAL BEN FRANKLIN INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY, Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ. [156 Misc. 755; revd., 160 id. 282.]

JOHN TAYLOR, as Administrator, etc., of MARVIN TAYLOR, Deceased, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOHN KORNARENS, Respondent, v. BRANCH STORAGE CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SIDNEY ROSENSTRAUCH and MEYER ROSENSTRAUCH, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MARY E. SMITH, Respondent, v. ELEN MEADE, Also Known as HELEN C. MEADE, Also Known as HELEN M. SMITH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH L. GOODRICH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.